# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAFELIX D. MILLER

NO. 2021 KW 1120

DECEMBER 20, 2021

---

In Re:    LaFelix D. Miller, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR9-114770.

---

BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT